UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

VICTOR CHACON,
  Plaintiff,

  -against-

ECHO BAY MARINA, LLC,
  Defendant.

: 3:02CV1016 (CFD)
:
:
:
:
: April 4, 2003
:

------------------------------------

*December 2, 2003. The motion was GRANTED in the undersigned's August 22, 2003 Memorandum and Order (Dkt. No. 18) -- U.S.M.J.*

## MOTION FOR A REVISED SCHEDULING ORDER

NOW COMES defendant Echo Bay Marina, LLC, and moves this Court for a revised Scheduling Order, and states in support of same as follows:

  1.  That the undersigned has spoken with Robert Keyes, Esq., counsel for plaintiff Victor Chacon, who objects to defendant Echo Bay Marina, LLC's application for a 120 day extension of the discovery period commencing on April 1, 2003 and ending on July 31, 2003.

  2.  That this matter involves injuries allegedly sustained by plaintiff Victor Chacon on June 25, 2000 at Candlewood Lake in Brookfield, Connecticut.

  3.  That the undersigned relocated his offices at the end of January, 2003.

  4.  That the undersigned is counsel for American Lines, Inc., the owner of the R/R WHITE SEAL, a 585 foot car carrier that was abandoned in a severe storm 140 miles off of North Carolina by her crew.

  5.  That the crew of 17 was removed by U.S. Coast Guard helicopter and taken to Wilmington, North Carolina.

  6.  That the undersigned was involved in repatriating the Ukrainian crew and in making arrangements in an attempt to save the R/R WHITE SEAL through the employment of a salvage