UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

VICTOR CHACON,
    Plaintiff,

-against-

ECHO BAY MARINA, LLC,
    Defendant.

---

FILED

3:02CV1016 (CFD)

2004 JAN 15 P :5

U.S. DISTRICT COURT
January 14, 2004
HARTFORD, CT

### DEFENDANT ECHO BAY MARINA, LLC'S MOTION FOR SUMMARY JUDGMENT

Now comes defendant Echo Bay Marina, LLC, and makes this Motion for Summary Judgment, and submits in support thereof:

1) Memorandum of Law in Support of defendant Echo Bay Marina, LLC's Motion for Summary Judgment;

2) 28 U.S.C. § 1746 Statement of Marc Rogg;

3) Local Civil Rule 56(a)(1) Statement; and

4) Deposition Transcript Appendix Containing Excerpts of the Deposition Transcripts of Marc Rogg, Victor Chacon, Michael D'Antona, Mark Voeltz, Tomi Guandalini, and David Guandalini

Dated: Easton, Connecticut
January 14, 2004

LOVEJOY & ASSOCIATES
Attorneys for Defendant,
Echo Bay Marina, LLC

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

ChaconSummJudg.doc

1

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 14, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

                                                */s/ Frederick A. Lovejoy*
                                                Frederick A. Lovejoy