UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

------------------------------------

| | |
|---|---|
| VICTOR CHACON, | : 2004 MAR -4  P 1: 47 |
| Plaintiff, | : 3:02CV1016 (CFD) |
| | : U.S. DISTRICT COURT |
| -against- | : HARTFORD, CT. |
| | : |
| ECHO BAY MARINA, LLC, | : MARCH 3, 2004 |
| Defendant. | : |

------------------------------------

**MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF
VICTOR CHACON'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, FILED
ON MARCH 1, 2004, FROM MARCH 8, 2004 TO APRIL 2, 2004**

Now comes defendant Echo Bay Marina, LLC and moves this Court for an Order extending defendant Echo Bay Marina, LLC's time to file a reply to plaintiff Victor Chacon's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, filed on March 1, 2004, from March 8, 2004 to April 2, 2004; i.e., a 25 day extension, and states as follows:

1. That the undersigned seeks the aforementioned extension of time in order to obtain an additional affidavit, and because the undersigned has a significant number of major briefs and pleadings due in other actions pending in the Courts of Connecticut, New York and Rhode Island between now and March 26, 2004.

2. That the defendant Echo Bay Marina, LLC seeks this extension so as to be able to present to the Court all information and law necessary for it to render a just and equitable ruling with respect to defendant Echo Bay Marina, LLC's Motion for Summary Judgment.

3. That plaintiff Victor Chacon has raised various new issues in his opposition papers that require the undersigned to conduct additional legal research on.

1

4. That in setting the scheduling order, crafted by U. S. Magistrate Judge Thomas P. Smith, for submission of defendant Echo Bay Marina, LLC's Motion for Summary Judgment, the undersigned consented to counsel for plaintiff Victor Chacon's request that the plaintiff be allowed 45 days instead of the standard 21 days to respond to defendant Echo Bay Marina, LLC's motion papers. (See Exhibit A at paragraph 2 – highlighting ours) (Docket No. 18)

5. That the aforementioned request is not being made for the purpose of harassment and/or delay.

6. That the undersigned has spoken with Robert H. Keyes, Esq., counsel for plaintiff Victor Chacon, who stated that he does not consent to the requested extension of time.

Dated: Easton, Connecticut
March 3, 2004

LOVEJOY & ASSOCIATES
Attorneys for Defendant,
Echo Bay Marina, LLC


By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ChaconExtension.doc

# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 AUG 22

US DISTRICT COURT
HARTFORD CT

VICTOR CHACON,
    -Plaintiff

    -v-                                    CIVIL 02-CV-1016(CFD)

ECHO BAY MARINA, LLC,
    -Defendant

## MEMORANDUM AND ORDER

A discovery conference was held in this case today. The following schedule will apply hereafter.

(1) Defendant seeks to take five depositions. All of these depositions will be concluded by December 1, 2003.

(2) Defendant seeks to file a motion for summary judgment. That motion will be filed by January 15, 2004. The plaintiff shall have until March 1, 2004 to file its papers in opposition to that motion.

(3) The defendant shall disclose its expert by January 15, 2004. The plaintiff will take the deposition of that expert by March 1, 2004.

(4) Plaintiff has prepared his trial memorandum. The parties will file their memoranda on or before May 3, 2004.

(5) A settlement conference will be held before the undersigned at 10:00 a.m., April 23, 2004, with decision makers in attendance.

(6) Trial will be held in May, 2004, or as soon thereafter as the trial judge determines.

This schedule will be modified only upon a showing of cause that is satisfactory to the undersigned.

IT IS SO ORDERED at Hartford, Connecticut, this 22nd day of August 2003.

Thomas P. Smith
U. S. Magistrate Judge

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 3, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

                                                Frederick A. Lovejoy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -4  P 1: 47

------------------------------------X

VICTOR CHACON,

        Plaintiff,

-against-

ECHO BAY MARINA, LLC,

        Defendant.

------------------------------------X

Case No. 3:02CV1016 (CFD)

U.S. DISTRICT COURT
HARTFORD, CT.

March 3, 2004

NOTICE OF MANUAL FILING

     Please take notice that defendant Echo Bay Marina, LLC has manually filed the following document or thing:

     "MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF VICTOR CHACON'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, FILED ON MARCH 1, 2004, FROM MARCH 8, 2004 TO APRIL 2, 2004"

This document has not been filed electronically because

[ X ] the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                    Respectfully submitted,

                    LOVEJOY & ASSOCIATES
                    Attorneys for Defendants
                    National Loss Management,
                    National Marine Underwriters, Inc.
                    and Hanover Insurance Company

By: _____
     Frederick A. Lovejoy (CT 03121)
     P.O. Box 56
     Easton, Connecticut 06612
     (203) 459-9941
     (203) 459-9943 (telefax)

CTManual.doc

1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 3, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

_____
Frederick A. Lovejoy