Exhibit A



**227 Candlewood Lake Rd**
**Brookfield, CT 06804**
Tel: (203) 775-7077
Fax: (203) 775-8809      DATE SIGNED UP: __11/13/99__
Website: www.echobaymarina.com

### I. Owner Information

NAME(S) OF OWNER(S): __Mark Voeltz__
ADDRESS: (street) __485 Commerce St.__
(city) __Hawthorne__    (state) __NY__    (zip) __10532__
TELEPHONE: (home) __(914) 769-6807__    (work) __(914) 769-6234__

### II. Boat Information

MAKE: __Chapparell__    LENGTH: _____

TYPE: B/R ____ Cuddy __✓__ Cruiser ____ Pontoon ____ Bass Boat ____
Center Console ____ Deck Boat ____ Jet Boat ____ PWC ____

YEAR: __1995__    COLOR(S): _____
REGISTERED IN: CT ____ NY ____ OTHER ____

### III. Storage Options

SLIP #: __224__    TRAILER STORAGE: (YES) ____ (NO) __✓__
SLIP TYPE:
Single Berth __✓__    Premium Double _____
Electricity _____

### IV. Payment Information

| | | |
|---|---|---|
| SLIP TOTAL: | $ ~~1500.00~~ | CHK# 1311  $300.00   Balance |
| TRAILER STORAGE: | $ | 11-15-99                  $1000. |
| SHORE POWER: | $ | Cash  $500.00   Bal. 500.0 |
| DOCK BOX RENTAL: | $ | 6-25-00 |
| SUBTOTAL 1: | $ | Pd cash 8/500 $500.00  Bal $300. |
| 11/1/98 DISCOUNT: | $ -- | pd. Cash 8/20/00 $300.00  Pd. in fu |
| SUBTOTAL 2: | $ | (Only if applicable) |
| SALES TAX: | $ | |
| **TOTAL DUE:** | $ 1600.00 | |
| PAYMENT 1: | $ 300.00 | Form of Payment: ck # 1307 Date: 11/8/99 |
| **BALANCE DUE:** | $ 1,300.00 | |
| 4/15/99 DISCOUNT: | $ -- | (Only if applicable) |
| PAYMENT 2 **Due in full**: | $ | Form of Payment: ____ Date: ____ |

*Note: _____

Customer Signature: __[signature]__
Contract Approved By: __gn 68  Rey__

**PLAINTIFF'S EXHIBIT 1**
9/25/03 Pogg

## Terms of Storage Agreement

1. Storage agreement shall apply solely to the vessel the Owner identified on the other side of this document and Owner may not assign, sublease or transfer this agreement to any other person or vessel, nor shall Owner exchange with any other Owner, such storage space as designated by Lessor.
2. The Marina reserves the right to deny any person docking privileges at any time, and also to remove said person's vessel from Marina if necessary upon five (5) days notice with refund of only that part of fees paid by applicant for time which has not been used.
3. The rates specified in this agreement are solely for the storage of the type indicated and do not include any repairs, winterization, recomissioning, covering, uncovering, blocking or cleaning work.
4. All vessels must be removed from the Marina on or before the specified end of the season. Vessels left in the Marina after that date are subject to hauling and winterizing and/or winter storage charges at owner's expense.
5. No outside mechanical work shall be performed on engines and/or components, fuel systems, and related electrical and wiring systems at the Marina. If Owner wishes to perform mechanical work on his/her vessel, the Owner must haul the vessel or move it to open water.
6. Outside contractors, workers and/or establishments can not perform work on any vessel within the Marina boundaries.
7. Owner agrees that Lessor may take such actions and complete such emergency repairs as may become necessary to save and protect the vessel from damage or destruction without Owner's knowledge or consent, but at Owner's expense. Owner agrees to reimburse Lessor for such emergency repairs and service at Lessor's normal contract rate.
8. No person other than the Owner wishes to perform mechanical work on his/her immediate family or person in company with the Owner will be allowed aboard the vessel while in storage, unless Owner notifies Lessor and gives consent for such other persons to board the vessel.
9. Owner shall at all times keep his/her vessel and storage space clean and free of debris or any conditions that may be dangerous to the health, safety, or well-being of any person. No flammable or hazardous substances may be kept in or around storage area or on the vessel, and any condition in or around the vessel which constitutes a fire hazard, heal menace, or nuisance shall be corrected immediately by the Owner.
10. All storage shall be at the sole risk of the Owner and Owner shall at all times maintain liability and casualty insurance coverage on the vessel, property therein, and activities in connection therewith. Lessor shall not be liable for and is hereby released by Owner for all claims of damage or loss to the vessel or Owner due to fire, theft, collision, or other casualty to persons or property caused by the negligence of Owner or conditions or use of the vessel.
11. Owner shall comply with all laws, ordinances, rules and regulations of the State of Connecticut that may pertain to the dockage, storage or operation of the vessel, and such regulation as Lessor may introduce from time to time. Any violations shall be corrected by Owner.
12. All storage charges and charges for services, supplies, and repairs and materials shall be paid prior to departure of the vessel from Lessor. Lessor shall have a lien upon the vessel, its contents, and equipment, wherever such vessel may be located, for any storage, repair, or service charge not paid.
13. No advertising or For Sale signs are permitted on any vessel or motor. Should Owner wish to sell his/her vessel, the Marina offers an active brokerage service. Outside agents, brokers, dealers, or otherwise are not permitted to conduct sale efforts on Marina property.
14. All bills are due within thirty (30) days. No vessel shall be launched until all bills are paid in full. If vessel shall be launched the same day as the bill is paid or if request is made to remove the vessel from the yard the same day as the bill is paid, such payment shall be made by cash or certified check only. If a personal check is submitted, launching or removal shall take place only when bank verification has been obtained that the check has cleared.
15. All statements must be paid within thirty (30) days of the stated due date. The customer will be responsible for late charges at the rate of 2.00% per month on the amount outstanding, plus any additional costs of collection, including attorney's fees.
16. The Marina reserves the right to move any person's vessel at any time if it becomes necessary in regards to space, lack of payment, or problems with the size of the Owner's vessel.

## General Rules

1. All vessels are to be operated under the speed limits established by law within the Marina area.
2. Pets must be on leash at all times.
3. Vehicles' belonging to the Owner, members of the Owner's family, guests, and Marina employees, shall be parked in the parking area in such a manner so as to comply with the parking rules and regulations as established, so emergency vehicles have ready access. Any vehicles blocking emergency access area, loading zones, or the ramp and driveways will be towed at the Owner's expense. No trailers are allowed in the lakeside parking lot. Vehicles without appropriate permits are subject to tow at Owner's expense.
4. No person shall discharge oil, spirits, waste, flammable liquid or oily bilges from their vessels.
5. All vessels tied at the slips must use bow, stern, and spring lines. Those who do not will be responsible for the damage they cause. The use of insufficient of worn dock lines is strictly forbidden and management may replace all such lines with suitable dock lines at their discretion, the cost of which shall be paid by the Renter.
6. Noise shall be kept to a minimum at all times so as not to disturb or annoy, cause discomfort or inconvenience to other persons using the Marina, especially between the hours of 9:00pm and 9:00am.
7. Any type of littering is prohibited. All refuse shall be placed in the appropriate receptacles.
8. Trailers left on the property are subject to storage charge. Trailers must be secured by the owner to prevent loss. Tongue locks oar other devices deigned to prevent theft must be installed. Trailer must also have Owner's name clearly and permanently marked on the tongue for easy identification. Lessor is not responsible for theft damage to trailers left on the premises.
9. IT IS UNDERSTOOD BY THE VESSEL OWNER THAT LESSOR WILL NOT BE RESPONSIBLE OR LIABLE FOR ANY DAMAGE OR LOSS TO THE VESSEL, ITS GEAR OR ANY EQUIPMENT DUE TO THEFT OR OTHERWISE, AND DOES NOT CARRY ANY INSURANCE TO COVER SAME. VESSELS STORED OUTDOORS OR IN THE WATER ARE STORED AT CUSTOMER'S OWN RISK.

The conditions of this agreement shall be perpetuated for as long as the owner continues keeping his/her boat at the Lessor's facility.

Exhibit B



227 Candlewood Lake Rd
Brookfield, CT 06804
Tel: (203) 775-7077
Fax: (203) 775-8809
Website: www.echobaymarina.com

*LM 1022*

# 1999-2000 Winterization and Winter Storage Contract

*For Done Boating 10/15/99 maybe sooner*

Date: 9/12/99

Name(s): Mark Voeltz
Address: 485 Commerce St.   Town: Hawthorne   State: N.Y.   Zip Code: 10532
Slip #(if applic.): 224   Key location: _____   Phone #(s): Home (914) 769-6807   Work: (914) 769-623_
Boat Make: Chapparelle   Length: 23'   Engine Type: V-8
Trailer: ☐Yes: ✓   ☐No: _____   Location: _____

Winter Storage Agreement is effective starting October 1, 1999 and ends June 1, 2000.

| WINTER STORAGE OPTIONS | | LABOR | MATERIALS | INITIAL AND DATE |
|---|---|---|---|---|
| • Outdoor 28 ft. max. Storage (Shrink Wrap Required) | $15.00/ft | | | JH 1/10/21 |
| • Shrink Wrap Std. Width Boats (Incl. No-Damps) | $9.00/ft incl. mat'ls | 207.00 | | |
| ⇒ Pontoon Boats (Incl. No-Damps) | $10.00/ft. incl. matl | | | |
| ⇒ Cruiser Style Boats (Incl. No. Damps) | $12.00/ft. incl. matls. | | | |
| * Flybridge / over 20' wide shrink priced upon request. | | | | |
| • No trailer handling fee (Applies in Spring & Fall). | | | | |
| ⇒ Pontoon Boats: | $30.00 | | | |
| ⇒ Runabouts: | $50.00 | | | |
| ⇒ Cruisers (23 ft. end up) | $120.00 | | | |

**WINTERIZATION SERVICES**

Cleaning and Pick up
  Acid and Power Wash Fiberglass Bottoms — $5.50/ft incl. mat'ls — 126.50
• Pressure Wash Pontoons — $3.00/ft
• Pick up on Candlewood Lake — No charge
• Pick up on land ($50.00 min.) — $60.00/hour

Winterize Inboard or I/O Engines:
  ⇒ V6 & V8 Engines — $125.00 + mat'ls — 125.00 — 45.59
  ⇒ Inline 4 & 6 Cylinder Engines — $95.00 + mat'ls
• Change Oil, Oil Filter, Fuel Filter — $50.00 + mat'ls — 50.00 — 31.25
• Change Outdrive Oil (I/O 's) — $35.00 + mat'ls — 35.00 — 18.36

Service Outdrive: Mercruiser and OMC: — $90.00 + mat'ls
Winterize Outboard: Mounted on Boat: — $90.00 + mat'ls
• Change Lower Unit Oil (OB's) — $35.00 + mat'ls

Recondition Prop:
• Aluminum — $75.00
• Repair damaged skeg — $200.00

Additional Winterizing Services (Cruisers)
• Winterize Head — $95.00 incl.mat'ls
• Winterize Fresh Water System — $140.00 incl. mat'ls

2000 Spring Recommission:
• Start & Check-out / Launch Test drive: — $105.00
• Deliver to dock on the lake: — $40.00
• Shrink wrap disposal — $25.00

Notes: _____

Total Labor: 543.50
Sales Tax on Labor: _____
Total Parts/Materials: 95.20
Sales Tax on Parts: 5.72
Storage: _____
Gas: _____
Early Haul out discount: _____
Total: 644.42

*# Invoice 5291*
*10-22-99*

PLAINTIFF'S EXHIBIT 7/25/03

## STORAGE AGREEMENT AND TERMS

LESSEE agrees to remove the units described above at the termination of this rental agreement. Boats not removed by this date shall, at the option of the LESSOR, be charged rent on a daily basis of $5.00 per day for each day or portion thereof the space is occupied. In the event non-removal of the boat or rig presents a hazard to other persons or property, or interferes with normal business operations, LESSOR shall reserve the right to move the boat or rig to another location AT LESSEE'S RISK and LESSEE AGREES TO PAY ALL COSTS INVOLVED IN THE REMOVAL OF SAID BOAT OR RIG.

☐ LESSEE authorizes LESSOR to remove boat from storage upon termination of this rental agreement and place boat in wet storage solely at LESSEE'S
☐ LESSEE authorizes LESSOR to remove the above described units from storage and transport to_____.
IT IS UNDERSTOOD AND AGREED THAT TRANSPORT OF THE UNITS DESCRIBED SHALL BE ENTIRELY AT THE LESSEE'S RISK.
THIS SPACE LEASE AGREEMENT IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1. INSURANCE: THE LESSOR DOES NOT CARRY INSURANCE COVERING THE PROPERTY OF THE LESSEE. THE LESSOR WILL NOT BE RESPONSIBLE FOR ANY INJURIES OR PROPERTY DAMAGE RESULTING, CAUSED BY, OR GROWING OUT OF THE USE OF THE FACILITIES OF LESSOR AND LESSEE DOES HEREBY RELEASE AND DISCHARGE THE LESSOR FROM ANY AND ALL LIABILITY FROM LOSS, INJURY (INCLUDING DEATH), OR FOR DAMAGES TO PERSON OR PROPERTY SUSTAINED WHILE IN OR ON THE PREMISES OF LESSOR, INCLUDING FIRE, THEFT, VANDALISM, WINDSTORM, HIGH OR LOW WATERS, HAIL, RAIN, ICE, COLLISIONS OR ACCIDENT OR ANY OTHER ACT OF GOD.

2. NON-ASSIGNMENT OF SPACE: It is agreed between LESSOR and LESSEE that LESSEE shall not assign, transfer, or permit the use of assigned space to any other party without the express written consent of LESSOR.

3. ELIMINATION OF HAZARDOUS MATERIALS: Cooking, smoking or the use of any open flame is prohibited inside or outside of the boat while in the storage area. All non-permanent gas tanks, containers of liquid or gaseous fuels, solvents, flares, matches or any other flammable materials must be removed before placement in storage. No combustible or dangerous materials will be allowed to collect in or around the boat at any time. The LESSEE further agrees to keep storage area free and clear of all tackle, gear and other obstructions. FIRE EXTINGUISHERS IN GOOD WORKING ORDER MUST BE ON BOARD.

4. SURVEY AND INSPECTION: The LESSEE authorizes LESSOR to thoroughly survey the boat for fire hazards at hauling or prior to moving to storage. LESSEE understands that this regulation is formulated, enforced and conducted solely for the protection of LESSOR. The promulgation and enforcement of these rules and regulations, the conducting of a survey, the failure to require or fully perform a survey with respect to other LESSEE(S) will not subject LESSOR to any duty or liability to the LESSEE with respect to fire or explosion prevention or detection. In general, any survey will be solely at the discretion of the LESSOR.

5. REMOVAL OF PERSONAL PROPERTY: The LESSEE should remove any personal property from boat prior to storage. IT IS UNDERSTOOD AND AGREED THAT LESSOR WILL NOT BE RESPONSIBLE FOR ANY ITEMS OR PERSONAL PROPERTY LEFT IN BOAT.

6. PROTECTIVE COVERING: The LESSEE assumes full responsibility for providing adequate covering to protect boat from any and all perils, and for the proper maintenance of such covering while the boat is on or in the premises of LESSOR.

7. ALL SPACE RENTALS ARE PAYABLE IN ADVANCE: It is understood and agreed that no boat is to be removed from its space unless all charges space rental and/or late charges have been paid in full.

8. If LESSEE becomes delinquent in rental payments, the LESSEE being properly notified of such delinquency as may be required by law, the LESSOR shall have the right to take over the property of the LESSEE and to secure the property to the space occupied, or store it at another location.
LESSEE AGREES THAT IN THE EVENT SUIT IS BROUGHT ON BEHALF OF THE LESSOR AGAINST THE LESSEE TO COLLECT ANY AMOUNTS DUE OR TO BECOME DUE THEREUNDER, OR TO ENFORCE LESSOR'S LIEN ON THE PROPERTY OF LESSEE, THE LESSEE SHALL PAY THE LESSOR'S REASONABLE ATTORNEY FEES FOR SUCH SUIT OR COLLECTION PLUS COSTS, AS PROVIDED BY LAW, OR TO TAKE ANY OTHER REMEDIES AVAILABLE UNDER THE LAW.

9. Should any term or condition of this Space Rental Agreement be held void or unenforceable, then that term shall be deemed severed from this Agreement and the enforceability of the remainder shall not be affected and will remain in full force and effect.

10. RULES AND REGULATIONS: The rules and regulations contained herein and as posted in the office or on the grounds by LESSOR are for the safety and welfare of all who use the facilities. It is further understood and agreed that at all times while the boat is stored, the LESSEE and/or their guests shall become subject to all rules and regulations formulated by LESSOR. LESSEE agrees that all duly posted rules and regulations are reasonable, that LESSEE has read and understands said rules and regulations, and further assumes the responsibility to see that his guests will obey the rules.

11. Any infraction of the rules and regulations contained herein or as posted in the office shall, at the option of the LESSOR, cancel this space rental agreement upon proper notice to LESSEE, and the LESSEE shall remove his boat or rig from the premises.

12. The LESSOR shall not be held responsible for delays in hauling, winter layup, commissioning or launching due to bad weather or for any other reasons beyond its control.

13. ENTIRE AGREEMENT: This agreement contains the entire understanding between the LESSEE and LESSOR and no other representation or inducement, verbal or written, has been made which not contained in this agreement.
SPECIAL TERMS AND CONDITIONS (if any)_____

_____

IT IS AGREED THAT THIS CONTRACT IS PERFORMABLE AND VENUE SHALL BE IN FAIRFIELD COUNTY, STATE OF CONNECTICUT. ALL NOTICES REQUIRED BY THIS LEASE OR AT LAW SHALL BE TO THE ADDRESSES STATED HEREIN.
LESSEE'S CERTIFY THAT THE PRINTED MATTER ON BOTH FRONT AND BACK OF THIS AGREEMENT HAS BEEN READ AND THE TERMS AND CONDITIONS SET FORTH HEREIN ARE FULLY UNDERSTOOD. LESSEE(S) FURTHER CERTIFY THAT THEY HAVE EXAMINED THE SPACE WHICH THE SUBJECT BOAT IS TO BE PLACED AND FIND IT SUITABLE AND ACCEPTABLE.
I (WE) ACKNOWLEDGE A COPY OF THIS AGREEMENT.
Lessor: Echo Bay Marina  By:_____
Lessee:_____



227 Candlewood Lake Rd
Brookfield, CT 06804
Tel: (203) 775-7077
Fax: (203) 775-8809
Website: www.echobaymarina.com

# 2000-2001 Winterization and Winter Storage Contract

First available pick up date: Mid-October

Contract Date: 9/8/00

Name(s): Voeltz, Mark
Address: ................ Town: ................ State: ................ Zip Code: ................
Slip #(if applic.): ................ Key location: ................ Phone #(s): Home: ................ Work: ................
Boat Make: Chapparal  Length: 23'  Engine Type: V-8
Trailer: (Yes)  No: ................  Location: ................

Winter Storage Agreement is effective starting October 1, 2000 and ends June 1, 2001.

| WINTER STORAGE OPTIONS | | LABOR | MATERIALS | INITIAL AND DATE |
|---|---|---|---|---|
| ~~Outdoor 28 ft. max. Storage (Shrink Wrap Required) $16.00/ft~~ | | | | 0 / |
| ~~Shrink Wrap Std. Width Boats (Incl. No Damps) $9.00/ft incl. matls~~ | | | | 0 / |
| ⇒ Pontoon Boats (Incl. No Damps) | $10.00/ft. incl.matls | | | 0 / |
| ⇒ Cruiser Style Boats (Incl.No.Damps) | $13.00/ft. incl.matls | | | 0 / |
| * Flybridge / over 20' wide shrink priced upon request. | | | | |
| • No trailer handling fee (Applies in Spring & Fall). | | | | |
| ⇒ Pontoon Boats: | $ 30.00 | | | 0 / |
| ⇒ Runabouts: | $ 50.00 | | | 0 / |
| ⇒ Cruisers (23 ft. and up) | $120.00 | | | 0 / |

**WINTERIZATION SERVICES**
Cleaning and Pick up
- ~~Acid and Power Wash Fiberglass Bottoms~~  ~~$6.00/ft incl. matls~~   0 /
- Pressure Wash Pontoons   $ 4.50/ft   0 /
- Pick up on Candlewood Lake   No charge   0 /
- Pick up / Deliver on land ($35.00 min.)   $ 70.00/hour   0 /
- Haul / Block off site (pontoon & runabouts)   $ 40.00   0 /

Winterize Inboard or I/O Engines:
- ⇒ V6 & ~~V8 Engines~~   ~~$125.00 + matls~~   0 /
- ⇒ Inline 4 & 6 Cylinder Engines   $ 95.00 + mat'ls   0 /
- ~~Change Oil, Oil Filter, Fuel Filter~~   ~~$50.00 + matls~~   0 /
- ~~Change Outdrive Oil (I/O's)~~   ~~$35.00 + matls~~   0 /

Service Outdrive: Mercruiser and OMC:   $ 115.00 + mat'ls   0 /
Winterize Outboard: Mounted on Boat:   $ 90.00 + mat'ls   0 /
- Change Lower Unit Oil (OB's)   $ 35.00 + mat'ls   0 /

Recondition Prop:
- Aluminum   $ 73.00   0 /
- Repair damaged skeg   $ 200.00   0 /

Additional Winterizing Services (Cruisers)
- Winterize Head   $ 95.00 incl.mat'ls   0 /
- Winterize Fresh Water System   $140.00 incl. mat'ls   0 /

2001 Spring Recommission:
- Start & Check-out / Launch Test drive:   $ 105.00   0 /
- Deliver to dock on the lake:   $ 40.00   0 /
- Shrink wrap disposal   $ 15.00   0 /

Notes: _____

Total Labor: _____
Total Parts/Materials: _____
Sales Tax on Parts: _____
Storage: _____
Gas: _____
Early Haul out discount: _____
Total: _____

PLAINTIFF'S EXHIBIT 13  4/25/03 ROGG

STORAGE AGREEMENT AND TERMS

LESSEE agrees to remove the units described above at the termination of this rental agreement. Boats not removed by this date shall, at the option of the LESSOR, be charged rent on a daily basis of $5.00 per day for each day or portion thereof the space is occupied. In the event non-removal of the boat or rig presents a hazard to other persons or property, or interferes with normal business operations, LESSOR shall reserve the right to move the boat or rig to another location AT LESSEE'S RISK and LESSEE AGREES TO PAY ALL COSTS INVOLVED IN THE REMOVAL OF SAID BOAT OR RIG.
LESSEE authorizes LESSOR to remove boat from storage upon termination of this rental agreement and place boat in wet storage solely at LESSEE'S risk.
LESSEE authorizes LESSOR to remove the above described units from storage and transport to_____.
IT IS UNDERSTOOD AND AGREED THAT TRANSPORT OF THE UNITS DESCRIBED SHALL BE ENTIRELY AT THE LESSEE'S RISK.
THIS SPACE LEASE AGREEMENT IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:
1. INSURANCE: THE LESSOR DOES NOT CARRY INSURANCE COVERING THE PROPERTY OF THE LESSEE. THE LESSOR WILL NOT BE RESPONSIBLE FOR ANY INJURIES OR PROPERTY DAMAGE RESULTING, CAUSED BY, OR GROWING OUT OF THE USE OF THE FACILITIES OF LESSOR AND LESSEE DOES HEREBY RELEASE AND DISCHARGE THE LESSOR FROM ANY AND ALL LIABILITY FROM LOSS, INJURY (INCLUDING DEATH), OR FOR DAMAGES TO PERSON OR PROPERTY SUSTAINED WHILE IN OR ON THE PREMISES OF LESSOR, INCLUDING FIRE, THEFT, VANDALISM, WINDSTORM, HIGH OR LOW WATERS, HAIL, RAIN, ICE, COLLISIONS OR ACCIDENT OR ANY OTHER ACT OF GOD.
2. NON-ASSIGNMENT OF SPACE: It is agreed between LESSOR and LESSEE that LESSEE shall not assign, transfer, or permit the use of assigned space to any other party without the express written consent of LESSOR.
3. ELIMINATION OF HAZARDOUS MATERIALS: Cooking, smoking or the use of any open flame is prohibited inside or outside of the boat while in the storage area. All non-permanent gas tanks, containers of liquid or gaseous fuels, solvents, flares, matches or any other flammable materials must be removed before placement in storage. No combustible or dangerous materials will be allowed to collect in or around the boat at any time. The LESSEE further agrees to keep storage area free and clear of all tackle, gear and other obstructions. FIRE EXTINGUISHERS IN GOOD WORKING ORDER MUST BE ON BOARD.
4. SURVEY AND INSPECTION: The LESSEE authorizes LESSOR to thoroughly survey the boat for fire hazards at hauling or prior to moving to storage. LESSEE understands that this regulation is formulated, enforced and conducted solely for the protection of LESSOR. The promulgation and enforcement of these rules and regulations, the conducting of a survey, the failure to require or fully perform a survey with respect to other LESSEE(S) will not subject LESSOR to any duty or liability to the LESSEE with respect to fire or explosion prevention or detection. In general, any survey will be solely at the discretion of the LESSOR.
5. REMOVAL OF PERSONAL PROPERTY: The LESSEE should remove any personal property from boat prior to storage. IT IS UNDERSTOOD AND AGREED THAT LESSOR WILL NOT BE RESPONSIBLE FOR ANY ITEMS OR PERSONAL PROPERTY LEFT IN BOAT.
6. PROTECTIVE COVERING: The LESSEE assumes full responsibility for providing adequate covering to protect boat from any and all perils, and for the proper maintenance of such covering while the boat is on or in the premises of LESSOR.
7. ALL SPACE RENTALS ARE PAYABLE IN ADVANCE: It is understood and agreed that no boat is to be removed from its space unless all charges for space rental and/or late charges have been paid in full.
8. If LESSEE becomes delinquent in rental payments, the LESSEE being properly notified of such delinquency as may be required by law, the LESSOR shall have the right to take over the property of the LESSEE and to secure the property to the space occupied, or store it at another location.
LESSEE AGREES THAT IN THE EVENT SUIT IS BROUGHT ON BEHALF OF THE LESSOR AGAINST THE LESSEE TO COLLECT ANY AMOUNTS DUE OR TO BECOME DUE THEREUNDER, OR TO ENFORCE LESSOR'S LIEN ON THE PROPERTY OF LESSEE, THE LESSEE SHALL PAY THE LESSOR'S REASONABLE ATTORNEY FEES FOR SUCH SUIT OR COLLECTION PLUS COSTS, AS PROVIDED BY LAW, OR TO TAKE ANY OTHER REMEDIES AVAILABLE UNDER THE LAW.
9. Should any term or condition of this Space Rental Agreement be held void or unenforceable, then that term shall be deemed severed from this Agreement and the enforceability of the remainder shall not be affected and will remain in full force and effect.
10. RULES AND REGULATIONS: The rules and regulations contained herein and as posted in the office or on the grounds by LESSOR are for the safety and welfare of all who use the facilities. It is further understood and agreed that at all times while the boat is stored, the LESSEE and/or their guests shall become subject to all rules and regulations formulated by LESSOR. LESSEE agrees that all duly posted rules and regulations are reasonable, that LESSEE has read and understands said rules and regulations, and further assumes the responsibility to see that his guests will obey the rules.
11. Any infraction of the rules and regulations contained herein or as posted in the office shall, at the option of the LESSOR, cancel this space rental agreement upon proper notice to LESSEE, and the LESSEE shall remove his boat or rig from the premises.
12. The LESSOR shall not be held responsible for delays in hauling, winter layup, commissioning or launching due to bad weather or for any other reasons beyond its control.
13. ENTIRE AGREEMENT: This agreement contains the entire understanding between the LESSEE and LESSOR and no other representation or inducement, verbal or written, has been made which not contained in this agreement.
SPECIAL TERMS AND CONDITIONS (if any)_____

IT IS AGREED THAT THIS CONTRACT IS PERFORMABLE AND VENUE SHALL BE IN FAIRFIELD COUNTY, STATE OF CONNECTICUT. ALL NOTICES REQUIRED BY THIS LEASE OR AT LAW SHALL BE TO THE ADDRESSES STATED HEREIN.
LESSEE'S CERTIFY THAT THE PRINTED MATTER ON BOTH FRONT AND BACK OF THIS AGREEMENT HAS BEEN READ AND THE TERMS AND CONDITIONS SET FORTH HEREIN ARE FULLY UNDERSTOOD. LESSEE(S) FURTHER CERTIFY THAT THEY HAVE EXAMINED THE SPACE IN WHICH THE SUBJECT BOAT IS TO BE PLACED AND FIND IT SUITABLE AND ACCEPTABLE.
I (WE) ACKNOWLEDGE A COPY OF THIS AGREEMENT.
Lessor: Echo Bay Marina   By: _Mary_____
Lessee: _____

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 26, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

_____
Frederick A. Lovejoy