UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

VICTOR CHACON,
    Plaintiff,

    -against-

ECHO BAY MARINA, LLC,
    Defendant.

------------------------------------

: 3:02CV1016(CFD)
:
: March 26, 2004
:
: Notice of Manual Filing
:

    Please take notice that defendant Echo Bay Marina, LLC has manually filed the following documents or things:

    1.    The March 24, 2004, 28 U.S.C. § 1746 Statement of Marc Rogg; and

    2.    Defendant Echo Bay Marina, LLC's Reply Memorandum Of Law in Response to Plaintiff Victor Chacon's Memorandum Of Law in Opposition to Defendant's Motion For Summary Judgment, Dated February 25, 2004.

This document has not been filed electronically because

[ X ] the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                    Respectfully submitted,

                                    LOVEJOY & ASSOCIATES
                                    Attorneys for Defendant
                                    Echo Bay Marina, LLC

                         By: _____
                            Frederick A. Lovejoy (CT 03121)
                            P.O. Box 56
                            Easton, Connecticut 06612
                            (203) 459-9941
                            (203) 459-9943 (telefax)

ChaconNotice.doc

CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 26, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

Frederick A. Lovejoy