UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

---

VICTOR CHACON,
Plaintiff,

-against-

ECHO BAY MARINA, LLC,
Defendant.

---

2004 MAR 29 (CFD)
3:02CV1016 (CFD)

U.S. DISTRICT COURT
HARTFORD, CT.

March 24, 2004

## 28 U.S.C. § 1746 STATEMENT OF MARC ROGG

1. That I have reviewed the papers, dated February 25, 2004, which plaintiff Victor Chacon has submitted in opposition to defendant Echo Bay Marina, LLC's Motion for Summary Judgment.

2. That following the deposition of Mark Voeltz, Frederick A. Lovejoy, Esq. asked me to determine whether or not Mark Voeltz had at any time requested permission to launch a jet ski owned by Michael D'Antona or owned by anyone else.

3. That I queried the employees of Echo Bay Marina, LLC and was advised that Mark Voeltz had, at no time either prior to or subsequent to the June 25, 2000 incident involving plaintiff Victor Chacon, ever asked for permission to launch a jet ski.

4. That the Echo Bay Marina, LLC Rules and Regulations that prohibited marina members from launching contract vessels after 8:00 p.m. and on weekends and holidays, and which totally prohibited the launching of any guests' vessels were mailed to each Echo Bay Marina, LLC member each spring.

5. That the Echo Bay Marina, LLC Rules and Regulations that are referred to in paragraph 4 above and in my 28 U.S.C. § 1746 Statement, dated January 14, 2004, are the Rules and Regulations that are referred to in paragraph 11 of the Summer Contracts and at paragraph 10 of

1

the Winter Contracts that plaintiff Victor Chacon has attached to the "Appendix to Plaintiff's Opposition to Defendant's Motion for Summary Judgment Containing Copy of Defendant's Membership Agreements; Excerpts of Deposition Transcripts of Mark Voeltz, Marc Rogg, and Michael D'Antona."

6. That Summer and Winter Contracts that appear at "Defendant's Membership Agreement" to the "Appendix to Plaintiff's Opposition to Defendant's Motion for Summary Judgment Containing Copy of Defendant's Membership Agreements; Excerpts of Deposition Transcripts of Mark Voeltz, Marc Rogg, and Michael D'Antona" are Summer and Winter Contracts entered into by and between Mark Voeltz and Echo Bay Marina, LLC that cover the 1999-2000 winter period, and the 2000 summer season, among other time periods.

7. That Attorney Robert Keyes did not ask me at my deposition the reason that defendant Echo Bay Marina, LLC does not allow launching of marina member/client boats on weekends or holidays.

8. That the reason that marina members/clients are not allowed to launch their boats on weekends and holidays is that these periods of time are reserved for Echo Bay Marina, LLC own business; i.e., 1) Echo Bay Marina, LLC uses the ramp and launch area to launch and haul "for sale" vessels for demonstrations for prospective purchasers on weekends and holidays and 2) Echo Bay Marina, LLC hauls vessels that its is receiving for service and/or are being launched as a result of service performed by Echo Bay Marina, LLC on those dates.

9. That the sole purpose of defendant Echo Bay Marina, LLC's allowing contract/member vessel owners to have guests is for the limited purpose of allowing vessel owners to have guests on board their vessels, and not for the purpose of allowing the guests to generally use defendant Echo Bay Marina, LLC's facilities.

Dated: Brookfield, Connecticut
       March 24, 2004

        I declare under penalty of perjury that the foregoing is true and correct.

                                      _____
                                      MARC ROGG

Rogg1746StatementRogg2.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 24, 2004, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

Frederick A. Lovejoy