UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------
VICTOR CHACON,
    Plaintiff,

    -against-

ECHO BAY MARINA, INC.
    Defendant.
------------------------------------------------------------

: 3:02CV1016 (CFD)
:
:
: February 25, 2004
:
:

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes plaintiff Victor Chacon and opposes the defendant's Motion for Summary Judgment, and submits in support thereof:

1)    Memorandum of Law;

2)    Affidavit of Victor Chacon

3)    Local Civil Rule 9(c)2 Statement; and

4)    Appendix Containing a copy of the Defendant's Membership Agreement;

       Excerpts from the Deposition Transcripts of Marc Rogg,

       Michael D'Antona, and Mark Voeltz.

Dated: Bridgeport, Connecticut
       February 25, 2004

THE HAYMOND LAW FIRM
Attorneys for the Plaintiff,
Victor Chacon

By:_____
Robert H. Keyes (CT 07744)
1000 Lafayette Boulevard
Suite 210
Bridgeport, CT, 06604
(203) 330-6757
(203) 330-6762 (fax)

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED