UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------
VICTOR CHACON,                               :
    Plaintiff,                              :    3:02CV1016 (CFD)
                                             :
    -against-                               :
                                             :    February 17, 2005
ECHO BAY MARINA, INC.                        :
    Defendant.                              :
---------------------------------------------------------

## MOTION FOR CONTINUANCE UPON CONSENT

Now comes the plaintiff, Victor Chacon, and moves this Court for a Continuance of a Trial Readiness Conference that is presently scheduled for March 4, 2005, at 10:00 a.m. to March 24, 28, or 29, 2005 and states as follows:

1.    That the undersigned received an order from Hon. Christopher F. Droney on February 11, 2005, setting this matter down for a Trial Readiness Conference on 3/4/05.

2.    That the plaintiff's attorney will be engaged in the Supreme Court, State of New York, County of Westchester, before the Hon. Mark Dillion, for a hearing in the matter of <u>Jennifer Voelkel, p/n/g Andrew J. Voelkel, Jr. v. Alan Simmons and Andrew J. Voelkel, Sr.</u> for the purpose of obtaining an infant's compromise order on March 4, 2005, at the same time that the trial Readiness Conference has been scheduled.

3.    That the above referenced hearing has been scheduled for approximately a month and a half, and the purpose of the hearing is so that the Court can examine my client, the infant, Andrew J. Voelkel, Jr., and approve a settlement of his case.

4.    That the above referenced hearing in the matter of <u>Jennifer Voelkel, p/n/g Andrew J. Voelkel, Jr. v. Alan Simmons and Andrew J. Voelkel, Sr.</u> has been preceded by a motion for an Infant's Compromise Order, together with a petition of the guardian as well a proposed order.

5.    That I am the only New York admitted attorney in the firm, and my attendance at

the Infant's Compromise hearing on March 4, 2005, is required. Furthermore, I have been the attorney of record for the instant matter from its inception and I have handled this file throughout the duration of litigation.

6.  That in light of the conflict, it is respectfully requested that this Court set this matter down for a short continuance, as I will be beginning a trial on Wednesday, March 9, 2005, in the matter of Jones vs. Daly, which trial is to be held in the Bridgeport Superior Court, State of Connecticut.

7.  That the aforementioned request is not being made for the purpose of harassment and/or delay.

8.  That the undersigned's office has called Attorney Frederick Lovejoy, counsel for the defendant, who stated that he consents to the requested extension of time, as he will be on trial before Hon. Dorsey in New Haven Federal Court, which is expected to last five days.

Dated: Bridgeport, Connecticut  
      February 17, 2005

Attorney for the Plaintiff

_____  
Robert H. Keyes, Esq.  (CT07744)  
Rkeyes@haymond-law.com  
Haymond Law Firm  
1000 Lafayette Blvd., Suite 210  
Bridgeport, CT 06604  
203-330-6757  
203-330-6762 (fax)