UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

| | | |
|---|---|---|
| VICTOR CHACON,<br>    Plaintiff, | : | 3:02CV1016 (CFD) |
|     -against- | : | |
| ECHO BAY MARINA, LLC,<br>    Defendant. | : | March 4, 2005 |

------------------------------------

### MOTION ON CONSENT FOR ENLARGEMENT OF TIME FOR DEFENDANT ECHO BAY MARINA, LLC TO FILE ITS TRIAL MEMORANDUM

Now comes defendant Echo Bay Marina, LLC, and moves this Court on consent of plaintiff's counsel Robert Keyes, Esq. for an extension of time to and including April 15, 2005 in which to allow defendant Echo Bay Marina, LLC to file its Trial Memorandum, and states as follows:

1. That the undersigned has spoken with Robert Keyes, Esq., counsel for plaintiff Victor Chacon, who consents to defendant Echo Bay Marina, LLC's request for an extension of time to and including April 15, 2005 in which to file defendant Echo Bay Marina, LLC's Trial Memorandum.

2. That this request is not being made for purposes of harassment or delay.

3. That the undersigned has been preparing for a jury trial that will begin on March 7, 2005 before United States District Judge Peter C. Dorsey and is expected to last five days.

4. That the undersigned will be out of town during the week of March 14, 2005.

5. That prior to preparing for the trial before Judge Dorsey, the undersigned was preparing for a trial before United States District Judge Janet Bond Arterton that was scheduled for February 24 and 25, 2005, which was resolved shortly before the trial was to commence.

1

6. That by Order dated February 10, 2005, the Court issued an Order setting down March 4, 2005 as the trial call for this case. (Docket No. 35)

7. That on February 18, 2005, Robert Keyes, Esq., counsel for plaintiff Victor Chacon, filed a motion on consent to have the Trial Calendar Call scheduled for March 4, 2005 continued. (Docket No. 36)

8. That by Order dated March 3, 2005 (Docket No. 37) the Court granted plaintiff Victor Chacon's Motion for Continuance of the Trial Calendar Call, but without a date certain.

9. That because the Trial Calendar Call has been postponed and due to the undersigned's other obligations, defendant Echo Bay Marina, LLC respectfully requests an enlargement of time to and including April 15, 2005 in which to file defendant Echo Bay Marina, LLC's Trial Memorandum.

Dated: Easton, Connecticut  
March 4, 2005

LOVEJOY & ASSOCIATES  
Attorneys for Defendant,  
Echo Bay Marina, LLC

By: _____  
Frederick A. Lovejoy (CT 03121)  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

ChaconEnlargement.doc

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 4, 2005, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

_____
Frederick A. Lovejoy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------

VICTOR CHACON,
    Plaintiff,                    :      3:02CV1016 (CFD)

    -against-

ECHO BAY MARINA, LLC,       :      March 4, 2005
    Defendant.

---------------------------------------------

## NOTICE OF MANUAL FILING

    Please take notice that defendant Echo Bay Marina, LLC has manually filed the following documents or things:

1)    Motion on Consent for Enlargement of Time for Defendant Echo Bay Marina, LLC to File its Trial Memorandum

This document has not been filed electronically because

[ X ]  the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

                          Respectfully submitted,

Dated: Easton, Connecticut        LOVEJOY & ASSOCIATES
       March 4, 2005                    Attorneys for Defendant,
                                    Echo Bay Marina, LLC

                                    By: _____
                                    Frederick A. Lovejoy (CT 03121)
                                    P.O. Box 56
                                    Easton, Connecticut 06612
                                    (203) 459-9941
                                    (203) 459-9943 (telefax)

ChaconManual.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 4, 2005, postage prepaid, to:


Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604


_____
Frederick A. Lovejoy