UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

VICTOR CHACON,
    Plaintiff,

-against-

ECHO BAY MARINA, LLC,
    Defendant.

------------------------------------

3:02CV1016 (CFD)

March 21, 2005

### STIPULATION OF DISCONTINUANCE
### PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs to any party.

Dated: Easton, Connecticut
       March 21, 2005

LOVEJOY & ASSOCIATES
Attorneys for Defendant,
Echo Bay Marina, LLC

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

Dated: Bridgeport, Connecticut
       March 21, 2005

THE HAYMOND LAW FIRM
Attorneys for Plaintiff,
Victor Chacon

By: _____
Robert H. Keyes, Esq.
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

ChaconDiscontinuance.doc

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 25, 2005, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

_____
Frederick A. Lovejoy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

VICTOR CHACON,
    Plaintiff,

        -against-

ECHO BAY MARINA, LLC,
    Defendant.

---

: 3:02CV1016(CFD)
:
:
:
: March 25, 2005

## NOTICE OF MANUAL FILING

Please take notice that defendant Echo Bay Marina, LLC has manually filed the following documents or things:

1)     Stipulation of Discontinuance Pursuant to Fed. R. Civ. P., Rule 41(a)(1)

This document has not been filed electronically because

[ X ] the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

                              Respectfully submitted,

Dated: Easton, Connecticut
         March 25, 2005

LOVEJOY & ASSOCIATES
Attorneys for Defendant,
Echo Bay Marina, LLC

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

ChaconManual032505.doc

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 25, 2005, postage prepaid, to:

Robert H. Keyes, Esq.
The Haymond Law Firm
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

                                         _____
                                         Frederick A. Lovejoy