UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

VICTOR CHACON,
    Plaintiff,

    -against-

ECHO BAY MARINA, LLC,
    Defendant.

------------------------------------

: 3:02CV1016 (CFD)
:
:
:
:
: March 21, 2005

**STIPULATION OF DISCONTINUANCE**
**PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action is discontinued, with prejudice, and without costs to any party.

Dated: Easton, Connecticut
       March 21, 2005

LOVEJOY & ASSOCIATES
Attorneys for Defendant,
Echo Bay Marina, LLC

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

Dated: Bridgeport, Connecticut
       March 21, 2005

THE HAYMOND LAW FIRM
Attorneys for Plaintiff,
Victor Chacon

By: _____
Robert H. Keyes, Esq.
1000 Lafayette Boulevard, Suite 210
Bridgeport, Connecticut 06604

ChaconDiscontinuance.doc

SO ORDERED:

_____
U.S.D.J.